# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -6 AM 7:52

Robert R. Di Trolio
CLERK, U.S. DIST. CT.
W. D. OF TN, MEMPHIS

| | |
|---|---|
| TIG INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:04cv2666-B/V |
| | ) |
| MERRYLAND CHILD CARE AND | ) |
| DEVELOPMENT CENTER,. a/k/a | ) |
| MERRYLAND KINDERGARTEN, INC. | ) |
| a/k/a MERRYLAND KINDERGARTEN | ) |
| AND DAY CARE CENTER, INC.; et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER GRANTING REQUEST FOR ENTRY OF DEFAULT

Upon the Motion for Entry of Default, entered on June 6, 2005, entry of **DEFAULT IS HEREBY GRANTED** against the defendant, Ivan L. Ward pursuant to FRCP 55(a).

On September 15, 2004, this Court filed the summons returned executed to Ivan L. Ward as executed on August 30, 2004. Defendant had twenty days within which to answer or otherwise plead. Defendant Ivan L. Ward has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

In compliance with Rule 55(a), FRCP., plaintiff's motion for entry of default against the above-named defendant is **GRANTED**. In accordance to Rule 55(c) for good cause shown, the court may set aside an entry of default.

Entered this 6th day of June, 2005.

ROBERT R. DI TROLIO
Clerk of Court

By: _____
Deputy Clerk

(33)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:04-CV-02666 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Walter L. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Jerry Stokes
LAW OFFICE OF JERRY STOKES
100 N. Main St.
Ste. 2601
Memphis, TN 38103

Gregory W. O'Neal
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

David A. McLaughlin
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

James F. Horner
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Valerie T. Corder
LAW OFFICE OF VALERIE T. CORDER
200 Jefferson
Ste. 725
Memphis, TN 38103

Beth Brooks
BROOKS LAW FIRM
119 Racine
Memphis, TN 38111--089

Rex L. Brasher
BROWN BRASHER & SMITH
5100 Poplar Avenue
Ste. 2515
Memphis, TN 38137

Honorable J. Breen
US DISTRICT COURT