IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

05 AUG 17 AM 9: 47

TIG INSURANCE COMPANY,

    Plaintiff,

vs.                                                     No. 04-2666-BV

MERRYLAND CHILD CARE AND DEVELOPMENT
CENTER, INC., a/k/a MERRYLAND KINDERGARTEN,
INC., a/k/a MERRYLAND KINDERGARTEN AND
DAY CARE CENTER, INC.; et al.,

    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER AND FOR CONTINUANCE OF TRIAL DATE

The Court, having considered the Plaintiff's Motion to Amend Scheduling Order and for Continuance of Trial Date, and the filings of the parties relating thereto, is of the opinion that same is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the discovery deadline in this case is hereby extended to February 28, 2006, the dispositive motion deadline is hereby extended to March 31, 2006, and the trial of this case is hereby continued to _Monday, July 31_, 2006 at _1:30 pm_.

IT IS SO ORDERED this _16th_ day of _August_, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

F:\Data\TIG\Pldgs\Ord.Conc.wpd

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _8-18-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:04-CV-02666 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Diane Karp Ehrhart
BOLLINGER RUBERRY & GARVEY
500 West Madison Street
Ste. 2300
Chicago, IL 60661--251

Jeffrey A. Goldwater
BOLLINGER RUBERRY & GARVEY
500 West Madison Street
Ste. 2300
Chicago, IL 60661

Valerie T. Corder
LAW OFFICE OF VALERIE T. CORDER
200 Jefferson
Ste. 725
Memphis, TN 38103

Walter L. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Beth Brooks
BROOKS LAW FIRM
119 Racine
Memphis, TN 38111--089

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

James F. Horner
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Jerry Stokes
LAW OFFICE OF JERRY STOKES
100 N. Main St.
Ste. 2601
Memphis, TN 38103

Gregory W. O'Neal
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

Rex L. Brasher
BROWN BRASHER & SMITH
5100 Poplar Avenue
Ste. 2515
Memphis, TN 38137

David A. McLaughlin
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT