IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TIG INSURANCE COMPANY,

    Plaintiff,

v.                                            No. 04-2666-B

MERRYLAND CHILD CARE AND DEVELOPMENT
CENTER, INC., a/k/a MERRYLAND KINDERGARTEN,
INC., a/k/a MERRYLAND KINDERGARTEN AND
DAY CARE CENTER, INC., et al.,

    Defendants.

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE

Mr. Jeffrey A. Goldwater has moved to appear pro hac vice for plaintiff in this action. Mr. Goldwater is licensed to practice law in the State of Illinois and is a member in good standing of the Bar with the Supreme Court of Illinois. For good cause shown, that motion is granted. It is hereby ordered that Jeffrey A. Goldsmith be admitted pro hac vice and may actively participate in this action before this court.

IT IS SO ORDERED.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

August 18, 2005
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-19-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:04-CV-02666 was distributed by fax, mail, or direct printing on August 19, 2005 to the parties listed.

---

Walter L. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Jerry Stokes
LAW OFFICE OF JERRY STOKES
100 N. Main St.
Ste. 2601
Memphis, TN 38103

Diane Karp Ehrhart
BOLLINGER RUBERRY & GARVEY
500 West Madison Street
Ste. 2300
Chicago, IL 60661--251

Rex L. Brasher
BROWN BRASHER & SMITH
5100 Poplar Avenue
Ste. 2515
Memphis, TN 38137

David A. McLaughlin
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

James F. Horner
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Valerie T. Corder
LAW OFFICE OF VALERIE T. CORDER
200 Jefferson
Ste. 725
Memphis, TN 38103

Gregory W. O'Neal
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

Beth Brooks
BROOKS LAW FIRM
119 Racine
Memphis, TN 38111--089

Jeffrey A. Goldwater
BOLLINGER RUBERRY & GARVEY
500 West Madison Street
Ste. 2300
Chicago, IL 60661

Honorable J. Breen
US DISTRICT COURT