IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 SEP 20 PM 4:10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

TIG INSURANCE COMPANY,  )
                        )
        Plaintiff,      )
                        )
vs.                     )           No. 04-2666BV
                        )
MERRYLAND CHILD CARE AND )
DEVELOPMENT CENTER, INC., a/k/a )
MERRYLAND KINDERGARTEN, INC.,   )
et al.,                 )
                        )
        Defendants.     )

REPORT AND RECOMMENDATION ON THE PLAINTIFF'S MOTION FOR DEFAULT
JUDGMENT AGAINST IVAN L. WARD, LAVADA HERMAN,
AND MICHAEL L. TAYLOR

Before the court are the August 15, 2005 motions of the plaintiff, TIG Insurance Company for default judgment against the following three defendants: Ivan L. Ward, Lavada Herman and Michael L. Taylor. These motions were referred to the United States Magistrate Judge for determination and/or report and recommendation and for a hearing, if necessary, to establish the truth of any contention in the complaint or to consider other evidence pursuant to Rule 55(b).

Pursuant to notice, a hearing was held on Thursday, September 15, 2005. Gregory W. O'Neal, attorney for the plaintiff, TIG Insurance Company, appeared at the hearing. Defendants Ward,

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-21-05



Herman and Taylor failed to appear, and no other attorneys or defendants appeared. At the hearing, the court determined after reviewing the pleadings on file that it was unnecessary for the plaintiff to present any evidence to establish the truth of the averments in the complaint because the plaintiffs do not seek any monetary damages but only declaratory relief pursuant to a TIG insurance policy which was duly attached to the complaint.

Accordingly, it is recommended that a default judgment be granted in favor the plaintiff, TIG Insurance Company, and against the defendants Ivan L. Ward, Lavada Herman and Michael L. Taylor, and that this court declare that there is no insurance coverage under the TIG insurance policy attached to the Complaint for Ivan L. Ward, Lavada Herman and Michael L. Taylor for any of the Sexual Abuse lawsuits as defined in the Complaint filed in this cause.

Respectfully submitted this 19th day of September, 2005.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE


NOTICE

ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT MUST BE FILED WITHIN TEN (10) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT. 28 U.S.C. § 636(b)(1)(c). FAILURE TO FILE THEM WITHIN TEN (10) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND FURTHER APPEAL.



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:04-CV-02666 was distributed by fax, mail, or direct printing on September 21, 2005 to the parties listed.

---

Diane Karp Ehrhart
BOLLINGER RUBERRY & GARVEY
500 West Madison Street
Ste. 2300
Chicago, IL 60661--251

James F. Horner
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Walter L. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

David A. McLaughlin
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Jeffrey A. Goldwater
BOLLINGER RUBERRY & GARVEY
500 West Madison Street
Ste. 2300
Chicago, IL 60661

Valerie T. Corder
LAW OFFICE OF VALERIE T. CORDER
200 Jefferson
Ste. 725
Memphis, TN 38103

Rex L. Brasher
BROWN BRASHER & SMITH
5100 Poplar Avenue
Ste. 2515
Memphis, TN 38137

Jerry Stokes
LAW OFFICE OF JERRY STOKES
100 N. Main St.
Ste. 2601
Memphis, TN 38103

Gregory W. O'Neal
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

Beth Brooks
BROOKS LAW FIRM
119 Racine
Memphis, TN 38111--089

Honorable J. Breen
US DISTRICT COURT