IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TIG INSURANCE COMPANY,

    Plaintiff,

v.                                                                  No. 04-2666 B

MERRYLAND CHILDCARE AND
DEVELOPMENT CENTER, INC., et al.,

    Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING THE PLAINTIFF'S MOTIONS FOR DEFAULT JUDGMENT AGAINST IVAN L. WARD, LAVADA HERMAN AND MICHAEL L. TAYLOR

Before the Court are the motions of the Plaintiff, TIG Insurance Company ("TIG"), for default judgment against Defendants Ivan L. Ward, Lavada Herman and Michael L. Taylor. On September 20, 2005, pursuant to an order of reference, Magistrate Judge Diane Vescovo entered a report and recommendation recommending that the motion be granted and that this Court "declare that there is no insurance coverage under the TIG insurance policy attached to the Complaint for Ivan L. Ward, Lavada Herman and Michael L. Taylor for any of the Sexual Abuse lawsuits as defined in the Complaint filed in this cause." No objections have been filed by either party and the time for such objections has expired. As there is no objection to the magistrate judge's report, it is hereby ADOPTED and the Plaintiff's motion is GRANTED in accordance with the report. See 28 U.S.C. § 636(b)(1) (permitting parties to file written objections to report and recommendation within 10 days of service thereof); LR72.1(g)(2), Local Rules of the U.S. Dist. Ct. for the W. Dist. of Tenn. (same).

IT IS SO ORDERED this 12th day of October, 2005.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 62 in case 2:04-CV-02666 was distributed by fax, mail, or direct printing on October 13, 2005 to the parties listed.

---

Jeffrey A. Goldwater
BOLLINGER RUBERRY & GARVEY
500 West Madison Street
Ste. 2300
Chicago, IL 60661

Diane Karp Ehrhart
BOLLINGER RUBERRY & GARVEY
500 West Madison Street
Ste. 2300
Chicago, IL 60661--251

Walter L. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

James F. Horner
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Valerie T. Corder
LAW OFFICE OF VALERIE T. CORDER
200 Jefferson
Ste. 725
Memphis, TN 38103

David A. McLaughlin
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Jerry Stokes
LAW OFFICE OF JERRY STOKES
100 N. Main St.
Ste. 2601
Memphis, TN 38103

Gregory W. O'Neal
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

Rex L. Brasher
BROWN BRASHER & SMITH
5100 Poplar Avenue
Ste. 2515
Memphis, TN 38137

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Beth Brooks
BROOKS LAW FIRM
119 Racine
Memphis, TN 38111--089

Honorable J. Breen
US DISTRICT COURT