IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TIG INSURANCE CO.,            )
                              )
        Plaintiff,            )
                              )
vs.                           )    No.  04-2666 BV
                              )
MERRYLAND CHILDCARE &         )
DEVELOPMENT CENTER, INC.,     )
et al.,                       )
                              )
        Defendants.           )

## ORDER GRANTING PLAINTIFF'S MOTIONS TO COMPEL PRODUCTION OF DOCUMENTS AND TO HAVE REQUESTS FOR ADMISSIONS DEEMED ADMITTED

Before the court is the October 3, 2005 motion of the plaintiff, TIG Insurance Co. ("TIG"), to compel production of documents from the defendant, Merryland Childcare & Development Center, Inc. ("Merryland"). Also before the court is TIG's October 3, 2005 motion to have its requests for admissions deemed admitted by Merryland pursuant to Rule 36 of the Federal Rules of Civil Procedure.

Pursuant to Local Rule 7.2(a)(2), responses to motions in civil cases are to be filed within fifteen days after service of the motion. Merryland has not filed responses to these motions and the time for responding has now expired. Rule 7.2(a)(2) further provides that "[f]ailure to respond timely to any motion . . . may be deemed good grounds for granting the motion."

In the absence of any response by Merryland, TIG's motions to compel production of documents and to have requests for admissions deemed admitted are granted. Merryland is directed to produce the requested documents to TIG within ten days of the date of service of this order. The Requests for Admissions served by TIG on Merryland on May 12, 2005 are hereby deemed admitted for all purposes.

IT IS SO ORDERED this 25th day of October, 2005.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 63 in case 2:04-CV-02666 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

David A. McLaughlin
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Jerry Stokes
LAW OFFICE OF JERRY STOKES
100 N. Main St.
Ste. 2601
Memphis, TN 38103

Jeffrey A. Goldwater
BOLLINGER RUBERRY & GARVEY
500 West Madison Street
Ste. 2300
Chicago, IL 60661

Gregory W. O'Neal
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

James F. Horner
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Diane Karp Ehrhart
BOLLINGER RUBERRY & GARVEY
500 West Madison Street
Ste. 2300
Chicago, IL 60661--251

Walter L. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Valerie T. Corder
LAW OFFICE OF VALERIE T. CORDER
200 Jefferson
Ste. 725
Memphis, TN 38103

Beth Brooks
BROOKS LAW FIRM
119 Racine
Memphis, TN 38111--089

Rex L. Brasher
BROWN BRASHER & SMITH
5100 Poplar Avenue
Ste. 2515
Memphis, TN 38137

Honorable J. Breen
US DISTRICT COURT